UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| v. | : | |
| | : | VIOLATIONS: |
| PHILLIP T. LIVERPOOL, JR. | : | 18 U.S.C. § 1951 |
| | : | (Conspiracy to Interfere with Commerce |
| Defendant. | : | By Robbery) |
| | : | 18 U.S.C. § 1951 |
| | : | (Interference with Interstate Commerce |
| | : | By Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| | : | (Using, Carrying, Possessing a Firearm |
| | : | During a Crime of Violence) |
| | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Armed Robbery) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm by a |
| | : | Person Convicted of a Crime Punishable |
| | : | by Imprisonment for a Term Exceeding |
| | : | One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about January 25, 2013, to on or about June 12, 2013, in the District of Columbia and elsewhere, the defendant, **PHILLIP T. LIVERPOOL, JR.**, did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit an offense against the United States, namely, to knowingly and unlawfully

obstruct, delay, and affect commerce by robbery in violation of Title 18, United States Code, Section 1951, by agreeing to rob and by robbing employees of 7-Eleven convenience stores, businesses that were engaged in and that affected interstate commerce.

## GOALS OF THE CONSPIRACY

The purpose of the conspiracy was to obtain money and other items of value from 7-Eleven convenience stores by armed robbery of the store employees.

## MANNER AND MEANS TO ACCOMPLISH CONSPIRACY

The manner and means by which this purpose was carried out included the following:

1. It was part of the conspiracy that the co-conspirators would and did play different roles in the commission of the robbery.

2. It was further part of the conspiracy that the co-conspirators would and did travel to and flee from the scene of the robberies together.

3. It was further part of the conspiracy that the co-conspirators would and did use firearms in the commission of the robberies.

## OVERT ACTS

In furtherance of the conspiracy, and in order to effect the objects thereof, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1. On or about January 25, 2013, **PHILLIP T. LIVERPOOL, JR.,** and a co-conspirator, armed themselves with a firearm, attempted to conceal their identities with hooded sweatshirts, masks and gloves, and walked into a 7-Eleven convenience store located at 1927

Rhode Island Avenue, Northeast, Washington, D.C.

2. On or about January 25, 2013, **PHILLIP T. LIVERPOOL, JR.,** and a co-conspirator, brandished a firearm, demanded money from the cash register drawers, and obtained U.S. currency from the 7-Eleven convenience store located at 1927 Rhode Island Avenue, Northeast, Washington, D.C.

3. On or about January 31, 2013, **PHILLIP T. LIVERPOOL, JR.,** and a co-conspirator, armed themselves with firearms, attempted to conceal their identities with hooded sweatshirts, masks and gloves, and walked into a 7-Eleven convenience store located at 7401 Georgia Avenue, Northwest, Washington, D.C.

4. On or about January 31, 2013, **PHILLIP T. LIVERPOOL, JR.,** and a co-conspirator, brandished their firearms, demanded money from the cash register drawers, and obtained U.S. currency and lottery tickets from the 7-Eleven convenience store located at 7401 Georgia Avenue, Northwest, Washington, D.C.

5. On or about June 12, 2013, **PHILLIP T. LIVERPOOL, JR.,** and a co-conspirator, armed themselves with firearms, attempted to conceal their identities with hooded sweatshirts and masks, and walked into a 7-Eleven convenience store located at 2501 Benning Road, Northeast, Washington, D.C.

6. On or about June 12, 2013, **PHILLIP T. LIVERPOOL, JR.,** and a co-conspirator, brandished their firearms, demanded money from the cash register drawers, and obtained U.S. currency from the 7-Eleven convenience store located at 2501 Benning Road, Northeast, Washington, D.C.

(**Conspiracy to Interfere with Commerce by Robbery,** in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about January 25, 2013, in the District of Columbia, the defendant, **PHILLIP T. LIVERPOOL, JR.**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant **PHILLIP T. LIVERPOOL, JR.,** and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did unlawfully take and obtain personal property consisting of U.S. currency belonging to the 7-Eleven convenience store located at 1927 Rhode Island Avenue, Northeast, Washington, D.C., from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of 7-Eleven, a business that was engaged in and that affects interstate commerce.

    (**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT THREE

On or about January 25, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.,** and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, as alleged in Count Two of this Indictment.

    (**Using, Carrying, and Possessing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A))

## COUNT FOUR

On or about January 25, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Michael Eley, property of value belonging to Michael Eley, consisting of U.S. Currency.

(**Armed Robbery**, in violation of 22 D.C. Code, Sections 2801, 4502 (2001 ed.))

## COUNT FIVE

On or about January 25, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did possess a firearm while committing the crime of robbery as set forth in Count Four of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT SIX

On or about January 25, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Washington, D.C., Criminal Case No. 2010-CF2-12493, did unlawfully and knowingly receive and possess a firearm, that is, a handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVEN

On or about January 31, 2013, in the District of Columbia, the defendant, **PHILLIP T. LIVERPOOL, JR.**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant **PHILLIP T. LIVERPOOL, JR.,** and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did unlawfully take and obtain personal property consisting of U.S. currency and lottery tickets belonging to the 7-Eleven convenience store located at 7401 Georgia Avenue, Northwest, Washington, D.C., from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT EIGHT

On or about January 31, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.,** and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, as alleged in Count Seven of this Indictment.

(**Using, Carrying, and Possessing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A))

## COUNT NINE

On or about January 31, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Girma Shumi, property of value belonging to Girma Shumi, consisting of a wallet and an Iphone.

(**Armed Robbery**, in violation of 22 D.C. Code, Sections 2801, 4502 (2001 ed.))

## COUNT TEN

On or about January 31, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did possess a firearm while committing the crime of robbery as set forth in Count Nine of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT ELEVEN

On or about January 31, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Washington, D.C., Criminal Case No. 2010-CF2-12493, did unlawfully and knowingly receive and possess a firearm, that is, a handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWELVE

On or about June 12, 2013, in the District of Columbia, the defendant, **PHILLIP T. LIVERPOOL, JR.**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant **PHILLIP T. LIVERPOOL, JR.,** and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did unlawfully take and obtain personal property consisting of U.S. currency belonging to the 7-Eleven convenience store located at 2501 Benning Road, Northeast, Washington, D.C., from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of 7-Eleven, a business that was engaged in and that affects interstate commerce.

  (**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT THIRTEEN

On or about June 12, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.,** and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, as alleged in Count Twelve of this Indictment.

  (**Using, Carrying, and Possessing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A))

### COUNT FOURTEEN

On or about June 12, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Leonard Ballard, property of value belonging to Leonard Ballard, consisting of U.S. Currency.

(**Armed Robbery**, in violation of 22 D.C. Code, Sections 2801, 4502 (2001 ed.))

### COUNT FIFTEEN

On or about June 12, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, and co-conspirators not indicted herein, who are both known and unknown to the Grand Jury, did possess a firearm while committing the crime of robbery as set forth in Count Fourteen of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT SIXTEEN

On or about June 12, 2013, within the District of Columbia, defendant **PHILLIP T. LIVERPOOL, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Washington, D.C., Criminal Case No. 2010-CF2-12493, did unlawfully and knowingly receive and possess a firearm, that is, a handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia